| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Marianne Carpenter Hanna |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Southern District of Mississippi | |
| Case number | 23-50811 |

**Official Form 410S1**
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.   **Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 8339

**Date of payment change:** Must be at least 21 days after date of this notice    12/01/2025

**New total payment:** Principal, interest, and escrow, if any    $669.61

**Uniform Claim Identifier:** WFCMGE2350811MSS99728339

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☒ No

☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:
_____

Current escrow payment: _____    New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:
_____

Current interest rate: _____    New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: Payment change resulting from a decrease in premium for Mortgage Insurance.

Current mortgage payment: $670.94    New mortgage payment: $669.61

| Debtor 1 | Marianne Carpenter Hanna | | | Case number (if known) | 23-50811 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Angela M Mills-Fowler
Signature

Date 10/24/2025

Print: Angela M Mills-Fowler
First Name   Middle Name   Last Name

Title VP Loan Documentation

Company   Wells Fargo Bank, N.A.
Address   MAC N9286-01Y
          P.O. Box 1629
          Minneapolis, MN 55440-9790

Specific Contact Information:
P: 800-274-7025
E: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO.: 23-50811 |
| Marianne Carpenter Hanna | CHAPTER: 13 |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before October 24, 2025, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*    *By U.S. Postal Service First Class Mail Postage Prepaid:*

Marianne Carpenter Hanna
117 Norman Dr
Petal, MS 39465

*Debtor's Attorney:*    *By CM / ECF Filing:*

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

*Trustee:*    *By CM / ECF Filing:*

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

/s/ Mark Cardenas

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)