| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Marianne Carpenter Hanna |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Southern District of Mississippi | |
| Case number | 23-50811 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:**  Wells Fargo Bank, N.A.

**Court claim no.** (if known):  9

**Last 4 digits** of any number you use to identify the debtor's account:  8339

**Date of payment change:**
Must be at least 21 days after date of this notice     05/01/2026

**New total payment:**     $746.61
Principal, interest, and escrow, if any
*For HELOC payment, amounts, see Part 3*

**Uniform Claim Identifier:**  WFCMGE2350811MSS99728339

---

## Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes     Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment:     $353.29          New escrow payment:     $367.33

## Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes     Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

_____

Current interest rate: _____     New interest rate: _____

Current principal and interest payment: _____     New principal and interest payment: _____

## Part 3:   Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes

Current HELOC payment: _____

Reconciliation amount:     + _____ or
                           - _____

Amount of next payment (including reconciliation amount) _____

Amount of the new payment thereafter (without reconciliation amount) _____

---

| Debtor 1 | Marianne Carpenter Hanna | | | Case number (if known) | 23-50811 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim.  As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 5:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Mark Cardenas                                           Date  03/20/2026
- As Authorized Filing Agent For Wells Fargo Bank, N.A.

Approved By:

| Print: | Riley Ostoj | | | Title | VP Loan Documentation |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Wells Fargo Bank, N.A. | Specific Contact Information: |
|---|---|---|
| Address | MAC N9286-01Y | P: 800-274-7025 |
| | P.O. Box 1629 | E: NoticeOfPaymentChangeInquiries@wellsfargo.com |
| | Minneapolis, MN 55440-9790 | |



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

MARIANNE HANNA
117 NORMAN DR
PETAL MS 39465-2951

***If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.***

**What you need to know about the escrow account shortage**
Although not required, the shortage amount may be paid. If the shortage is paid, the entire shortage amount must be paid prior to making the **May 01, 2026** payment. If the monthly mortgage payment is paid in advance of this date, then the entire escrow shortage must be paid by that time. Please note: if the shortage amount is paid prior to making the May 01, 2026 payment, then the payment for May 01, 2026 forward will be $704.92.

Quick and easy ways to pay
- Online at wellsfargo.com and schedule a payment by placing the entire shortage amount of **$500.30** in the 'Additional escrow' field.
- Phone, use the Telephone number provided in the Customer Service section on the enclosed statement.
- Detach the below coupon and mail it along with a check for the entire shortage amount of **$500.30** to:

  Wells Fargo Home Mortgage
  PO Box 51120
  Los Angeles, CA 90051-5420

——————————————————————————————————————————————————————————

Please apply this payment to escrow:

Loan number: ██████████
Property address: 117 NORMAN DR
                      PETAL, MS 39465

Escrow shortage payment: **$500.30**



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

## Escrow Review Statement
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | March 9, 2026 |
| **Loan number:** | ███████ |
| **Property address:** | |

117  NORMAN DR
PETAL MS 39465

MARIANNE HANNA
117 NORMAN DR
PETAL MS 39465-2951

### Customer Service

 **Online**
wellsfargo.com

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **To learn more, go to:**
wellsfargo.com/escrow

 **Telephone**
1-800-340-0473

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

We accept telecommunications relay service calls

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.  The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **May 1, 2026** payment, the escrow portion of the payment **increases**.

> ## The escrow account has a shortage of
> ## $500.30

# Part 1 - Mortgage payment

## New Payment     The new total payment will be $746.61

| | Previous payment through 04/01/2026 payment date | New payment beginning with the 05/01/2026 payment |
|---|---|---|
| **Principal and/or interest** | $379.28 | $379.28 |
| **Escrow payment** | $353.29 | $367.33 |
| **Total payment amount** | $732.57 | $746.61 |

## No action required

Starting **May 1, 2026** the new payment amount will be **$746.61**

**See the following pages for more detail.**

**Loan Number:**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $11.34. For the coming year, we expect the amount paid from escrow to be $3,907.68.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 05/24 - 04/25 (Actual) | 05/25 - 04/26 (Actual) | 02/26 - 03/26 (Actual) | 05/26 - 04/27 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $622.89 | $734.64 | $0.00 | $734.64 | ÷ | 12 | = | $61.22 |
| Property insurance | $2,793.00 | $3,105.00 | $0.00 | $3,105.00 | ÷ | 12 | = | $258.75 |
| Total taxes and insurance | $3,415.89 | $3,839.64 | $0.00 | $3,839.64 | ÷ | 12 | = | $319.97 |
| Escrow shortage | $892.68 | $0.00 | $443.54 | $500.30 | ÷ | 12 | = | $41.69 |
| Mortgage insurance | $92.54 | $71.68 | $11.34 | $68.04 | ÷ | 12 | = | $5.67 |
| Total escrow | $4,401.11 | $3,911.32 | $454.88 | $4,407.98 | ÷ | 12 | = | $367.33 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance December 2026 | | $139.64 | (Calculated in Part 4 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | - | $639.94 | |
| **Escrow shortage** | = | -$500.30 | |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. The cash reserve amount does not include mortgage insurance. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

# Part 3 - Escrow account history

## Escrow account activity from November 2025 to April 2026

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Nov 2025 | | | | | | | Starting Balance | $541.98 | | |
| Dec 2025 | $290.33 | | | $5.67 | | | FHA INSURANC | $826.64 | | |
| Dec 2025 | $0.00 | | | $734.64 | | | COUNTY TAXES | $92.00 | | |
| Jan 2026 | $290.33 | | | $5.67 | | | FHA INSURANC | $376.66 | | |
| Feb 2026 | $706.58 | $316.33 | $390.25 | $0.00 | $5.67 | -$5.67 | FHA Insurance | $1,083.24 | $1,242.61 | -$159.37 |
| Feb 2026 | $0.00 | $0.00 | $0.00 | $5.67 | $0.00 | $5.67 | FHA Insurance | $1,077.57 | $1,242.61 | -$165.04 |
| Mar 2026 | $0.00 | $316.33 | -$316.33 | $0.00 | $5.67 | -$5.67 | FHA Insurance | $1,077.57 | $1,553.27 | -$475.70 |
| Mar 2026 | $0.00 | $0.00 | $0.00 | $5.67 | $0.00 | $5.67 | FHA Insurance | $1,071.90 | $1,553.27 | -$481.37 |
| Apr 2026 (estimate) | $353.29 | $316.33 | $36.96 | $5.67 | $5.67 | $0.00 | FHA Insurance | $1,419.52 | $1,863.93 | -$444.41 |
| Totals | $1,640.53 | $948.99 | $110.88 | $762.99 | $17.01 | $0.00 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred.

# Part 4 - Escrow account projections

## Escrow account projections from May 2026 to April 2027

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Apr 2026 | | | Starting balance | $1,419.52 | $1,919.82 |
| May 2026 | $325.64 | $5.67 | FHA Insurance | $1,739.49 | $2,239.79 |
| Jun 2026 | $325.64 | $5.67 | FHA Insurance | $2,059.46 | $2,559.76 |
| Jul 2026 | $325.64 | $5.67 | FHA Insurance | $2,379.43 | $2,879.73 |
| Aug 2026 | $325.64 | $5.67 | FHA Insurance | $2,699.40 | $3,199.70 |
| Sep 2026 | $325.64 | $5.67 | FHA Insurance | $3,019.37 | $3,519.67 |
| Oct 2026 | $325.64 | $5.67 | FHA Insurance | $3,339.34 | $3,839.64 |
| Oct 2026 | $0.00 | $3,105.00 | LIBERTY MUTUAL | $234.34 | $734.64 |
| Nov 2026 | $325.64 | $5.67 | FHA Insurance | $554.31 | $1,054.61 |
| Dec 2026 | $325.64 | $5.67 | FHA Insurance | $874.28 | $1,374.58 |
| Dec 2026 | $0.00 | $734.64 | FORREST COUNTY | $139.64 | $639.94 |
| Jan 2027 | $325.64 | $5.67 | FHA Insurance | $459.61 | $959.91 |
| Feb 2027 | $325.64 | $5.67 | FHA Insurance | $779.58 | $1,279.88 |
| Mar 2027 | $325.64 | $5.67 | FHA Insurance | $1,099.55 | $1,599.85 |
| Apr 2027 | $325.64 | $5.67 | FHA Insurance | $1,419.52 | $1,919.82 |
| Totals | $3,907.68 | $3,907.68 | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. Member FDIC. NMLSR ID 399801

EQUAL HOUSING LENDER

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**                                                    **CASE NO.:**    **23-50811**

**Marianne Carpenter Hanna**                      **CHAPTER:**    **13**

                    **Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before March 21, 2026, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                              *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                        Marianne Carpenter Hanna
                                        117 Norman Dr
                                        Petal, MS 39465

*Debtor's Attorney:*              *By CM / ECF Filing:*

                                        Thomas Carl Rollins, Jr
                                        The Rollins Law Firm, PLLC
                                        PO BOX 13767
                                        Jackson, MS 39236

*Trustee:*                            *By CM / ECF Filing:*

                                        David Rawlings
                                        David Rawlings, Chapter 13 Trustee
                                        P.O. Box 566
                                        Hattiesburg, MS 39403

                                        /s/ Mark Cardenas
                                        _____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank,
N.A.)