_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                     CHAPTER 13 PROCEEDING:
  MARIANNE CARPENTER HANNA                            23-50811 KMS
  117 Norman Dr
  Petal, MS  39465                                    SSN:  XXX-XX-9972

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    WAL-MART
    ATTN: PAYROLL DEPT
    702 S.W. 8TH STREET
    BENTONVILLE, AR  72716

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net