United States Bankruptcy Court

Southern District of Mississippi

In re:

Marianne Carpenter Hanna

    Debtor

Case No. 23-50811-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6

Date Rcvd: Jul 23, 2026

User: mssbad

Form ID: 3180W

Page 1 of 2

Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marianne Carpenter Hanna, 117 Norman Dr, Petal, MS 39465-2951 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 23 2026 19:49:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jul 23 2026 19:49:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | | EDI: WFHOME | Jul 23 2026 23:46:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, Default Document Processing PO Box 1629, Minneapolis, MN 55440 |
| 5240399 | + | EDI: BANKAMER | Jul 23 2026 23:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5259275 | | EDI: BANKAMER | Jul 23 2026 23:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5240400 | + | EDI: TSYS2 | Jul 23 2026 23:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5240401 | + | EDI: CAPITALONE.COM | Jul 23 2026 23:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5256259 | + | EDI: AIS.COM | Jul 23 2026 23:46:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5242170 | ^ | MEBN | Jul 23 2026 19:46:03 | Elizabeth Crowell Price, Esq., Dean Morris, LLC, for Wells Fargo Bank, N.A., 1820 Avenue of America, Monroe LA 71201-4530 |
| 5240402 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jul 23 2026 19:50:00 | HATTIESBURG CLINIC PA, 415 S 28TH AVE, HATTIESBURG, MS 39401-7283 |
| 5689802 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jul 23 2026 19:49:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLC, Atty for NewRez LLC dba Shellpoint Mortg, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5240403 | + | EDI: CAPITALONE.COM | Jul 23 2026 23:46:00 | Kohls/Capital One, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5255806 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 19:56:30 | LVNV Funding, LLC, Resurgent Capital Services, |

| | | | |
|---|---|---|---|
| District/off: 0538-6 | User: mssbad | | Page 2 of 2 |
| Date Rcvd: Jul 23, 2026 | Form ID: 3180W | | Total Noticed: 19 |

| | | | |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5696946 | Email/Text: mtgbk@shellpointmtg.com | Jul 23 2026 19:49:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5266609 | EDI: PRA.COM | Jul 23 2026 23:46:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5240404 | EDI: SYNC | Jul 23 2026 23:46:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5262377 | + EDI: WFHOME | Jul 23 2026 23:46:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 5240405 | + EDI: WFHOME | Jul 23 2026 23:46:00 | Wells Fargo Home Mort, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Elizabeth Crowell Price | on behalf of Creditor Wells Fargo Bank  N.A. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Karen A. Maxcy | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marianne Carpenter Hanna trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Marianne Carpenter Hanna** | Social Security number or ITIN   **xxx–xx–9972** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **23–50811–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Marianne Carpenter Hanna**
aka Marianne Hanna

Dated: 7/23/26

**By the court:**     /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**